THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN DAVID RUSSELL                                                                PETITIONER
Reg #12185-064

v.                                    Case No. 4:20-cv-01082-KGB

BUREAU OF PRISONS                                                                 RESPONDANT

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate J. Thomas Ray (Dkt. No. 36). Petitioner John David Russell has not objected to the Recommended Disposition, and the time for objecting has passed. After careful consideration of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects except that the Court dismisses Mr. Russel's petition for writ of habeas corpus without prejudice instead of with prejudice as recommended in the Recommended Disposition (*Id*.). The Court grants the Bureau of Prisons's motion to dismiss and supplemental motion to dismiss (Dkt. Nos. 21, 33). The Court dismisses without prejudice Mr. Russell's amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 3). The Court denies the requested relief.

It is so ordered this 28th day of February, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge