THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN DAVID RUSSELL**                                                                                  **PETITIONER**
Reg #12185-064

v.                                        Case No. 4:20-cv-01082-KGB

**BUREAU OF PRISONS**                                                                                   **RESPONDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner John David Russell's amended petition is dismissed without prejudice (Dkt. No. 3). The Court denies the relief requested.

So adjudged this 28th day of February, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge